UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARK ANTHONY SCOTT, deceased, by and through MARY SCOTT, TINA SCOTT, REGINA ALLEN, and KIM NZIBO as Successors in Interest; MARY SCOTT, individually; TINA SCOTT, individually; REGINA ALLEN, individually; and KIM NZIBO, individually,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff SCOTT JONES; Sacramento County Main Jail Commander Captain ROSEANNE RICHAEL; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Main Jail Chief of Correctional Health Services AARON BREWER; Sacramento County Jail Systems Medical Director ROBERT PADILLA, MD; Sacramento County Main Jail Director of Nursing with Correctional Health Services PAM HARRIS; Sacramento County Main Jail Watch Commander, Lieutenant GEORGE McKEEL (#11); Sacramento County Sheriff's Department Deputy JAMES TIDWELL (#897); Sacramento County Sheriff's Deputy DAVID PANTOJA (#2615); Sacramento County Sheriff's Department Deputy KEN BECKER | No. 2:13-cv-0024-GEB-KJN<br><br>**ORDER** |

1

| | |
|---|---|
| 1 | (#931); Sacramento County Sheriff's Department Deputy |
| 2 | MICHAEL MATRANGA (#572); Sacramento County Sheriff's |
| 3 | Department Sergeant MICHAEL, XIONG (#71); Sacramento |
| 4 | County Sheriff's Department Sergeant SCOTT HUFFORD (#41); |
| 5 | and CARYL SKERRITT, RN, |
| 6 | Defendants*. |

On March 13, 2014, the parties filed a joint "Request for Settlement Conference in Trial Court," (ECF No. 32), in which they request a settlement conference be scheduled with the trial judge.

I decline to act as a settlement conference judge in this action. However, should the parties desire to schedule a settlement conference before a magistrate judge, they are hereby authorized to contact the Courtroom Deputy assigned to the magistrate judge of their choice for the purpose of attempting to schedule a mutually convenient date and time to conduct a settlement conference.

Dated: March 20, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

* The caption has been amended according to the automatic dismissal of Doe Defendants. See Status (Pretrial Scheduling) Order 2:16-22, ECF No. 24.