1
2
3
4
5
6
7
8
9
10

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Estate of MARK ANTHONY SCOTT, deceased, by and through MARY SCOTT, TINA SCOTT, REGINA ALLEN, and KIM NZIBO as Successors in Interest; MARY SCOTT, Individually, TINA SCOTT, Individually, REGINA ALLEN, Individually, and KIM NZIBO, Individually;<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff SCOTT JONES; Sacramento County Mail Jail commander Captain ROSEANNE RICHAEL; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Main Jail Chief of Correctional Health Services AARON BREWER; Sacramento County Jail Systems Medical Director ROBERT PADILLA, MD; Sacramento County Main Jail Director of Nursing with Correctional Health Services PAM HARRIS; Sacramento County Main Jail Watch Commander, Lieutenant GEORGE McKEEL (#11); Sacramento County Sheriff's Department Deputy JAMES TIDWELL (#897); Sacramento County Sheriff's Department Deputy DAVID PANTOJA (#2615); Sacramento County Sheriff's Department Deputy KEN BECKER (#931); Sacramento County Sheriff's Department Deputy MICHAEL MATRANGA (#572); Sacramento County Sheriff's Department | **CASE NO.**: 2:13-CV-00024-GEB-KJN<br><br><br>**[PROPOSED] ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES** |

1  Sergeant MICHAEL XIONG (#71);
   Sacramento County Sheriff's Department
2  Sergeant SCOTT HUFFORD (#41); CARYL
   SKERRITT, RN and DOES 1 through 40,
3  inclusive,

4          Defendants.

5

Pursuant to the parties' stipulation, the expert witness disclosure date is now August 8, 2014.

Dated: April 8, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

8

9

10