| | |
|---|---|
| **LAW OFFICE OF STEWART KATZ** <br> STEWART KATZ, SBN 127425 <br> 555 University Avenue, Suite 270 <br> Sacramento, California 95825 <br> Telephone: (916) 444-5678 <br><br> Attorney for Plaintiffs | **LONGYEAR, O'DEA, & LAVRA, LLP** <br> VAN LONGYEAR, SBN 84189 <br> 3620 American River Drive, Suite 230 <br> Sacramento, CA 95825 <br> Telephone: (916) 974-8500 <br><br> Attorneys for Defendant <br> CARYL SKERITT, RN |

**RIVERA & ASSOCIATES**
JESSE M. RIVERA, SBN 84259
SHANAN L. HEWITT, SBN 200168
JONATHAN B. PAUL, SBN 215884
2180 Harvard Street, Suite 310
Sacramento, CA 95815
Telephone: (916) 922-1200

Attorneys for Defendants
COUNTY OF SACRAMENTO, SCOTT JONES, ROSEANNE RICHAEL, JAMIE LEWIS, AARON BREWER, ROBERT PADILLA, MD, PAM HARRIS, GEORGE McKEEL, JAMES TIDWELL, DAVID PANTOJA, KEN BECKER, MICHAEL MATRANGA, MICHAEL XIONG, and SCOTT HUFFORD

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARK ANTHONY SCOTT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF SACRAMENTO, et al., <br><br> Defendants. <br> _____/ | NO. 2:13-CV-00024-GEB-KJN <br><br> **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES** |

///

///

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES

1

COME NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modification and/or amendment to this Court's Pretrial Scheduling Order of March 28, 2013 (Docket #24), amended on April 8, 2014 (Docket #34) regarding the scheduling of this case:

- That the expert witness disclosure cut-off date currently set for August 8, 2014 be moved to September 19, 2014, and any supplemental disclosures be due within 30 days following.

This calendaring modification is requested because although the parties have been cooperatively engaging in the discovery process, there are still numerous depositions which need to be conducted prior to the experts being in a position to prepare their reports. Additionally, the fact that there are three sets of attorneys involved has made it somewhat more difficult to schedule depositions despite the parties' cooperative spirit. Furthermore, these depositions will put the parties in a better position to see which claims can be eliminated prior to the filing of any dispositive motions.

The parties do not expect to change any of the other dates currently scheduled in this case.

**IT IS SO STIPULATED.**

Dated: July 16, 2014                    LAW OFFICE OF STEWART KATZ

                                        /s/ Stewart Katz
                                        STEWART KATZ,
                                        Attorney for Plaintiffs

Dated: July 16, 2014                    LONGYEAR, O'DEA & LAVRA, LLP

                                        /s/ Van Longyear
                                        VAN LONGYEAR
                                        Attorneys for Defendant
                                        CARYL SKERITT, RN

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES

| | |
|---|---|
| Dated: July 16, 2014 | RIVERA & ASSOCIATES |
| | /s/ Jesse M. Rivera |
| | JESSE M. RIVERA |
| | Attorneys for Defendants |
| | COUNTY OF SACRAMENTO, SCOTT JONES, ROSEANNE RICHAEL, JAMIE LEWIS, AARON BREWER, ROBERT PADILLA, MD, PAM HARRIS, GEORGE McKEEL, JAMES TIDWELL, DAVID PANTOJA, KEN BECKER, MICHAEL MATRANGA, MICHAEL XIONG, and SCOTT HUFFORD |

**IT IS SO ORDERED:**

Dated: July 16, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES

3