UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARK ANTHONY SCOTT, deceased, by and through MARY SCOTT, TINA SCOTT, REGINA ALLEN, and KIM NZIBO as Successors in Interest; MARY SCOTT, individually; TINA SCOTT, individually; REGINA ALLEN, individually; and KIM NZIBO, individually,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff SCOTT JONES; Sacramento County Main Jail Commander Captain ROSEANNE RICHAEL; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Main Jail Chief of Correctional Health Services AARON BREWER; Sacramento County Jail Systems Medical Director ROBERT PADILLA, MD; Sacramento County Main Jail Director of Nursing with Correctional Health Services PAM HARRIS; Sacramento County Main Jail Watch Commander, Lieutenant GEORGE McKEEL (#11); Sacramento County Sheriff's Department Deputy JAMES TIDWELL (#897); Sacramento County Sheriff's Deputy DAVID PANTOJA (#2615); Sacramento County Sheriff's Department Deputy KEN BECKER | No.  2:13-cv-00024-GEB-KJN<br><br>**ORDER** |

1

| | |
|---|---|
| 1 | (#931); Sacramento County Sheriff's Department Deputy |
| 2 | MICHAEL MATRANGA (#572); Sacramento County Sheriff's |
| 3 | Department Sergeant MICHAEL, XIONG (#71); Sacramento |
| 4 | County Sheriff's Department Sergeant SCOTT HUFFORD (#41); |
| 5 | and CARYL SKERRITT, RN, |
| 6 | Defendants. |

Pursuant to the parties' Stipulation for Extension of Time for All Parties to Disclose Expert Witnesses filed on September 12, 2014, (ECF No. 44), the expert witness disclosure date is continued to September 26, 2014, and any authorized supplemental disclosure is due within 30 days following.

IT IS SO ORDERED.

Dated: September 15, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2