**LAW OFFICE OF STEWART KATZ**
STEWART KATZ, SBN 127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiffs

**RIVERA & ASSOCIATES**
JESSE M. RIVERA, SBN 84259
SHANAN L. HEWITT, SBN 200168
JONATHAN B. PAUL, SBN 215884
2180 Harvard Street, Suite 310
Sacramento, CA 95815
Telephone: (916) 922-1200

Attorneys for Defendants
COUNTY OF SACRAMENTO, SCOTT JONES, ROSEANNE RICHAEL, JAMIE LEWIS, AARON BREWER, ROBERT PADILLA, MD, PAM HARRIS, GEORGE McKEEL, JAMES TIDWELL, DAVID PANTOJA, KEN BECKER, MICHAEL MATRANGA, MICHAEL XIONG, and SCOTT HUFFORD

**LONGYEAR, O'DEA, & LAVRA, LLP**
VAN LONGYEAR, SBN 84189
3620 American River Drive, Suite 230
Sacramento, CA 95825
Telephone: (916) 974-8500

Attorneys for Defendant
CARYL SKERITT, RN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARK ANTHONY SCOTT, et al., | NO. 2:13-CV-00024-GEB-KJN |
| Plaintiffs, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES** |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

///

///

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES

1

COME NOW THE PARTIES, by and through their respective attorneys and subject to the approval of this Court, hereby stipulate and respectfully request the following modification and/or amendment to this Court's Pretrial Scheduling Order of March 28, 2013 (Docket #24), amended on April 8, 2014 (Docket #34), July 17, 2014 (Docket #43) and September 15, 2014 (Docket #45), regarding the scheduling of this case:

- That the expert witness disclosure cut-off date currently set for September 26, 2014 be moved to September 29, 2014, and any supplemental disclosures be due within 30 days following.

This calendaring modification is requested because Plaintiffs' counsel is currently still in a criminal trial (*People v. Jodie Teragawa*, Case No. 14F01950) that has taken two days longer than previously anticipated, and it is questionable as to whether or not it will finish today. Additionally, the co-worker of one of Plaintiffs' experts is currently out sick so Plaintiffs' expert is having to do twice his usual workload.

The parties do not expect to change any of the other dates currently scheduled in this case.

**IT IS SO STIPULATED.**

Dated: September 25, 2014                    LAW OFFICE OF STEWART KATZ

                                             /s/ Stewart Katz
                                              STEWART KATZ,
                                              Attorney for Plaintiffs


Dated: September 25, 2014                    LONGYEAR, O'DEA & LAVRA, LLP

                                             /s/ Van Longyear
                                             VAN LONGYEAR
                                             Attorneys for Defendant
                                             CARYL SKERITT, RN

1

2  Dated: September 25, 2014                    RIVERA  & ASSOCIATES

3                                                /s/ Jesse M. Rivera
                                                 JESSE M. RIVERA
4                                                Attorneys for Defendants
5                                                COUNTY OF SACRAMENTO, SCOTT
                                                 JONES, ROSEANNE RICHAEL, JAMIE
6                                                LEWIS, AARON BREWER, ROBERT
                                                 PADILLA, MD, PAM HARRIS, GEORGE
7                                                McKEEL, JAMES TIDWELL, DAVID
                                                 PANTOJA, KEN BECKER, MICHAEL
8                                                MATRANGA, MICHAEL XIONG, and
9                                                SCOTT HUFFORD

10

11

12

13
    **IT IS SO ORDERED:**
14

15  Dated:  September 26, 2014

16

17
                                                 _____
18                                               GARLAND E. BURRELL, JR.
                                                 Senior United States District Judge
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF
TIME FOR ALL PARTIES TO DISCLOSE EXPERT WITNESSES

3