RIVERA & ASSOCIATES
2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Shanan L. Hewitt, SBN 200168

Jonathan B. Paul, SBN 215884

Attorneys for Defendants,

County of Sacramento, et al

# IN THE UNITED STATES DISTRICT COURT
# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estate of MARK ANTHONY SCOTT, deceased, by and through MARY SCOTT, TINA SCOTT, REGINA ALLEN, and KIM NZIBO as Successors in Interest; MARY SCOTT, Individually, TINA SCOTT, Individually, REGINA ALLEN, Individually, and KIM NZIBO, Individually;<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff SCOTT JONES; Sacramento County Mail Jail commander Captain ROSEANNE RICHAEL; Sacramento County Sheriff's Department Chief of Correctional and Court Services JAMIE LEWIS; Sacramento County Main Jail Chief of Correctional Health Services AARON BREWER; Sacramento County Jail Systems Medical Director ROBERT PADILLA, MD; Sacramento County Main Jail Director of Nursing with Correctional Health Services PAM HARRIS; Sacramento County Main Jail Watch Commander, Lieutenant GEORGE McKEEL (#11); Sacramento County Sheriff's Department Deputy JAMES TIDWELL (#897); Sacramento County Sheriff's Department Deputy DAVID PANTOJA (#2615); Sacramento County Sheriff's Department Deputy KEN BECKER (#931); Sacramento County Sheriff's Department Deputy MICHAEL MATRANGA (#572); Sacramento County Sheriff's Department Sergeant MICHAEL XIONG (#71); | **CASE NO.**: 2:13-CV-00024-EB-KJN<br><br><br><br>**STIPULATION ORDER FOR SETTLEMENT CONFERENCE** |

1  Sacramento County Sheriff's Department )
   Sergeant SCOTT HUFFORD (#41); CARYL )
2  SKERRITT, RN and DOES 1 through 40, )
   inclusive, )
3                                              )
              Defendants.                      )
4  _____ )

**COME NOW THE PARTIES** by and through their respective attorneys, hereby stipulate to a settlement conference pursuant to Judge Burrell's authorization (Dkt.33). Counsel is informed and believe that the first available date on the Court's calendar is December 16, 2014. All counsel would be amenable to an earlier settlement if a date becomes available.

All counsel also voluntarily consent to have a United States Magistrate Judge conduct all further proceedings in this case and waive any disqualification.

**IT IS SO STIPULATED.**

Dated: October 16, 2014                RIVERA & ASSOCIATES

                                        /s/ Jesse M. Rivera
                                        JESSE M. RIVERA
                                        Attorney for Defendant County of
                                        Sacramento

Dated: October 16, 2014                LAW OFFICE OF STEWART KATZ

                                        /s/   Stewart Katz
                                        STEWART KATZ
                                        Attorney for Plaintiffs

///

///

///

Stipulation for Settlement Conference  2

Dated: October 16, 2014        LONGYEAR, O'DEA & LAVRA, LLP

   /s/   Van Longyear
VAN LONGYEAR
Attorneys for Defendants
Caryl Skerritt

**IT IS SO ORDERED:**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Stipulation for Settlement Conference    3

**I, JESSE M. RIVERA HEREBY DECLARE AS FOLLOWS:**

1. That I am the Attorney of Record on behalf of all Defendants except for Caryl Skerritt;

2. That I am licensed to practice in all of the courts of the State of California and am also authorized to practice in the Federal District Court, Eastern District, as well as the Northern and Central District, State of California. I am also authorized to practice in the Ninth and the Eleventh Circuit Appellate Districts and the United States Supreme Court;

3. That all counsel in this case are agreeable to a settlement conference to be held December 16, 2014;

4. That counsel voluntarily consent to have a United States Magistrate Judge conduct the settlement conference in this case and waive any disqualifications.

I declare the above to be true under penalty of perjury, except as to the matters stated upon information and belief, and as to those matters I reasonably believe them to be true.

Executed this 16th day of October, 2014, in and for the County of Sacramento, California.

                                          /s/ Jesse M. Rivera
                                          JESSE M. RIVERA