1

2

3

4                    UNITED STATES DISTRICT COURT

5                    EASTERN DISTRICT OF CALIFORNIA

6

7   Estate of MARK ANTHONY SCOTT,        No.  2:13-cv-00024-GEB-KJN
    deceased, by and through MARY
8   SCOTT, TINA SCOTT, REGINA
    ALLEN, and KIM NZIBO as
9   Successors in Interest; MARY         **ORDER VACATING OCTOBER 23, 2014**
    SCOTT, individually; TINA            **CONSENT REFERRAL ORDER**
10  SCOTT, individually; REGINA
    ALLEN, individually; and KIM
11  NZIBO, individually,

12                Plaintiffs,

13       v.

14  COUNTY OF SACRAMENTO;
    Sacramento County Sheriff's
15  Department Sheriff SCOTT
    JONES; Sacramento County Main
16  Jail Commander Captain
    ROSEANNE RICHAEL; Sacramento
17  County Sheriff's Department
    Chief of Correctional and
18  Court Services JAMIE LEWIS;
    Sacramento County Main Jail
19  Chief of Correctional Health
    Services AARON BREWER;
20  Sacramento County Jail
    Systems Medical Director
21  ROBERT PADILLA, MD;
    Sacramento County Main Jail
22  Director of Nursing with
    Correctional Health Services
23  PAM HARRIS; Sacramento County
    Main Jail Watch Commander,
24  Lieutenant GEORGE McKEEL
    (#11); Sacramento County
25  Sheriff's Department Deputy
    JAMES TIDWELL (#897);
26  Sacramento County Sheriff's
    Deputy DAVID PANTOJA (#2615);
27  Sacramento County Sheriff's
    Department Deputy KEN BECKER,
28

                              1

1  (#931); Sacramento County
   Sheriff's Department Deputy
2  MICHAEL MATRANGA (#572);
   Sacramento County Sheriff's
3  Department Sergeant MICHAEL,
   XIONG (#71); Sacramento
4  County Sheriff's Department
   Sergeant SCOTT HUFFORD (#41);
5  and CARYL SKERRITT, RN,

6              Defendants.

7

8

9          On October 23, 2014, the parties filed a Notice of

10  Errata, in which they state that they incorrectly indicated in a

11  stipulation their consent to magistrate jurisdiction for all

12  purposes when, in fact, they intended to consent to the assigned

13  magistrate judge handling a settlement conference, only. (See

14  Notice of Errata 2:8-17, ECF No. 58.) The parties request in the

15  Notice of Errata that the Order filed October 23, 2014, in which

16  the case was reassigned to Magistrate Judge Kendall Newman for

17  all purposes, be vacated and all dates previously scheduled

18  before the undersigned judge be reinstated. (Id. at 2:21-3:3.)

19          Accordingly, the Court's October 23, 2014 Order

20  reassigning this case to Magistrate Judge Kendall Newman is

21  VACATED. All dates previously scheduled before the undersigned

22  judge are reinstated.

23  Dated:  October 24, 2014

24

25  _____

26  GARLAND E. BURRELL, JR.
    Senior United States District Judge

27

28
                          2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28